UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND, et al.,

    Plaintiffs,

  v.

DAVIDSON PLASTERING, INC.,

    Defendant.

Case No. 15-cv-02386-PJH   (DMR)

**ORDER TO SUBMIT SUPPLEMENTAL BRIEFING**

The court has reviewed Plaintiffs' motion for default judgment and supplemental brief in support thereof. [Docket Nos. 14, 19.] The court finds that Plaintiffs have not sufficiently briefed the issue of the adequacy of service of process on Defendant. Specifically, Plaintiffs have not established that Clifton Edgar Davidson is the agent for service of process for Defendant Davidson Plastering, Inc. By no later than January 5, 2016, Plaintiffs shall submit additional briefing and/or evidence to address this deficiency. **Immediately upon receipt of this Order, Plaintiffs shall serve Defendant with a copy of this Order and file a proof of service with the court.**

**IT IS SO ORDERED.**

Dated: December 29, 2015



Donna M. Ryu
United States Magistrate Judge