1

2

3

4    UNITED STATES DISTRICT COURT

5    NORTHERN DISTRICT OF CALIFORNIA

6

7

8

9    BOARD OF TRUSTEES OF THE
     NORTHERN CALIFORNIA                    Case No. 15-cv-2386-PJH
10   PLASTERERS HEALTH AND
     WELFARE TRUST FUND, et al.,            **ORDER ADOPTING MAGISTRATE**
11                                          **JUDGE'S REPORT AND**
              Plaintiffs,                   **RECOMMENDATION**
12
              v.
13
     DAVIDSON PLASTERING, INC.,
14
              Defendant.

15

16        The court has reviewed Magistrate Judge Ryu's Report and Recommendation Re:

17   plaintiffs' motion for default judgment, as well as plaintiffs' objections to the report.  The

18   court finds the report correct, well-reasoned and thorough, and adopts it in every respect

19   other than the amount of contractual liquidated damages, as explained below.

20   Accordingly, plaintiffs' motion for default judgment is GRANTED.

21        The report and recommendation first sets forth the three categories of damages

22   sought by plaintiffs:  (1) contributions that became due before the suit was filed but were

23   paid after the filing of the action, (2) contributions that became due after the suit was filed

24   and were paid before the ruling on this motion, and (3) contributions that were paid, but

25   were paid late, before the filing of the action.

26        The report recommended that statutory liquidated damages be awarded for

27   category (1) in the amount of **$8,258.26**.  See Dkt. 25 at 9.  As to categories (2) and (3),

28   the report recommended that no statutory liquidated damages be awarded, but instead,

United States District Court
Northern District of California

United States District Court
Northern District of California

1    that liquidated damages be awarded as a matter of contract.  Id. at 9.  As a result, rather

2    than receiving the 20% liquidated damages award provided for by statute, plaintiffs would

3    receive a 10% liquidated damages award provided for by the parties' contract.  In the

4    report, the court calculated a 10% liquidated damages award by taking the total

5    requested liquidated damages award of $108,394.00, subtracting the $8,258.26

6    mentioned above, then dividing the remainder by two (on the assumption that the

7    remainder represented a 20% liquidated damages award for the contributions in

8    categories (2) and (3)).

9           Plaintiffs filed objections to the latter calculation, arguing that for the months of

10   October and November 2013, January through June 2014, August through December

11   2014, and January through February 2015, the liquidated damages were already

12   calculated at 10% in plaintiffs' motion for default judgment, so they did not need to be

13   divided in two by the court.  In contrast, the requested liquidated damages for the months

14   of June through October 2015 were calculated at 20% in the default judgment motion,

15   making the court's division correct in those instances.  Even though plaintiffs' original

16   motion papers did not make this clear, it has since submitted evidence showing the

17   contribution amounts in those months, and indeed, the originally-requested liquidated

18   damages for the months of October and November 2013, January through June 2014,

19   August through December 2014, and January through February 2015 do represent a

20   10% award.  See Dkt. 27-1, Ex. A, B.  Accordingly, the court sustains plaintiffs' objection,

21   and the contractual liquidated damages figure will be adjusted to $83,678.32 (which

22   represents a 10% award for October and November 2013, January through June 2014,

23   August through December 2014, and January through February 2015), less the amount

24   already paid by defendants ($15,100.62), resulting in a total of **$68,577.70** in liquidated

25   damages for categories (2) and (3).  See Dkt. 27-1, Ex. B, Dkt. 24-1, ¶ 10.  When

26   combined with the $8,258.26 from category (1), it results in a total liquidated damages

27   award of **$76,835.95**.

28          When combined with the other amounts recommended in the report ($12,135.82 in

2

interest, $7,653.00 in attorneys' fees, and $483.00 in costs), it results in a total of **$97,107.77**, and the court hereby awards that amount to plaintiffs.

     **IT IS SO ORDERED.**

Dated:  May 19, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge