UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND, et al.,

Plaintiffs,

v.

DAVIDSON PLASTERING, INC.,

Defendant.

Case No. 15-cv-2386-PJH

**JUDGMENT**

This matter having been fully considered, and the court having granted plaintiffs' motion for default judgment against defendant Davidson Plastering, Inc.,

It is hereby Ordered and Adjudged

that judgment be entered in favor of plaintiffs, and that plaintiffs shall recover from defendant the sum of $97,107.77.

**IT IS SO ORDERED.**

Dated:  May 19, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge